AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**** DISTRICT OF     NEVADA

MARIAN K. PORTER,

        Plaintiff,

   V.

SHYAM K. CHETAL, individually and
d/b/a ADVANTAGE REAL ESTATE PRO;
UNITED CAPITAL INVESTMENT, INC.
d/b/a NEVADA UNITED CAPITAL
INVESTMENTS, INC.; SMARTTOUCH
SYSTEMS, INC.; and DOES 1 through 30,
inclusive,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:   **3:13-CV-00661-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** plaintiff Marian K. Porter is granted partial summary judgment against defendants Shyam K. Chetal and United Capital Investments, Inc., for damages on her breach-of-contract claim in the amount of two-hundred million dollars ($200,000,000.00).

    **IT IS FURTHER ORDERED** judgment is hereby entered in favor of plaintiff Marian K. Porter and against defendants Shyam K. Chetal and United Capital Investments, Inc., in the amount of two-hundred million dollars ($200,000,000.00).

   March 27, 2017                  **DEBRA K. KEMPI**
                                     Clerk

                                /s/  D. R. Morgan
                                   Deputy Clerk